# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-00386-SSS-DTBx | Date | February 6, 2025 |
| Title | Manuel Antonio Pena, et al. v. County of Riverside, et al. | | |

**Present: The Honorable**  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS FOR FAILURE TO TIMELY FILE PRETRIAL DOCUMENTS**

Trial in this matter is set for March 10, 2025, and the Final Pretrial Conference is on February 21, 2025. [Dkt. 77]. The deadlines for parties to submit trial filings was on January 10, 2025 and January 24, 2025 for first and second round filings, respectively. [*Id*.]. However, the Court is only in possession of Plaintiffs' Memorandum of Contentions of Fact and Law. [Dkt. 65]. Missing are all other trial documents. [*See* Dkt. 34; *see also* L.R. 16-4, 16-5, 16-6, 16-7].

Accordingly, the parties are hereby **ORDERED TO SHOW CAUSE** why the Court should not impose sanctions not to exceed $1500 for failure to comply with the Court's scheduling order. Any response is due by **noon on February 14, 2025**. A hearing regarding this Order to Show Cause is set **on February 19, 2025 at 1 P.M**. in Courtroom 2, on the 2nd Floor of the George E. Brown, Jr. Federal Building and United States Courthouse at 3470 Twelfth Street, Riverside, California 92501. Failure to comply with this order may result in sanctions.

**IT IS SO ORDERED.**