UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:21-cv-00386-SSS-DTBx | Date | July 30, 2025 |
|---|---|---|---|
| Title | Manuel Antonio Pena et al v. County of Riverside et al | | |

Present: The Honorable **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING WHY THIS CASE SHOULD NOT BE STAYED PENDING APPEAL**

The Court is in receipt of Defendants' Notice of Appeal to the Ninth Circuit regarding this Court's partial denial of Defendants' motion for summary judgment. [Dkt. 122]. Accordingly, the Court **ORDERS** parties to **SHOW CAUSE** in writing **by noon on August 1, 2025** as to why this case should not be stayed pending appeal and why pretrial and trial dates should not be vacated. A hearing on this matter is **SET** for **August 8, 2025 at 1 p.m. on Zoom videoconference**.

**IT IS SO ORDERED.**